VASILY DAVIDOV, Appellant, v. OLIVER SCHWARZLER and Others, Respondents. — Order reversed, with ten dollars costs and disbursements to the respondents, and motion denied. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ELY GELBWACHS, by BENJAMIN GELBWACHS, His Guardian ad Litem, Appellant, v. CONSOLIDATED GAS COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BENJAMIN GELBWACHS, Appellant, v. CONSOLIDATED GAS COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

HARRY A. COKELEY, Respondent, v. BRASS & BRONZE SPECIALTY Co., INC., Defendant, Impleaded with FRANK SCOLARO and JOSEPHINE SCOLARO, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

EBBA VEECK, Appellant, v. GUSTAV A. VEECK, Respondent.— Order affirmed, with leave to appellant to move for the amendment of the decision and judgment between the same parties, dated November 9, 1926, so that the said judgment may contain a provision awarding to the plaintiff an amount which the court may deem sufficient for the support of the plaintiff in view of the present means of the defendant. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JOHN CAPELLO, Appellant, v. CAMILLE MONSANTO and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

MAX WEBER, Respondent, v. BIMWEB CORPORATION and Others, Appellants.— Order modified by providing that the date to be fixed for the examination of the witnesses and the production of the books and papers shall be not less than five days after service of the order to be entered hereon, with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SALVATORE CASTROGIOVANNI and Another, as Administrators, etc., of GIUSEPPE MULÉ, Deceased, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of EDMUND J. MACNAMARA to Vacate and Quash an Alleged Subpœna Duces Tecum Purporting to Have Been Issued by the Attorney-General of the State of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BESSIE SAPHIRE and Another, Respondents, v. MORRIS TAKIFF and Another, Defendants, Impleaded with FANNIE TAKIFF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.